## OLIVER WILLIAMS *versus* JOHN JOHNSON

PAPERS IN FILE (1817): (1) Precipe for capias and attachment; (2) affidavit for attachment.
*Office Docket*, MS p. 45, cases 1 and 2.

## FREDERICK LORING *versus* JOSHUA BARNARD

PAPERS IN FILE (1817): (1) Capias and return.
*Office Docket*, MS p. 47, c. 2.

## PETER WILLARD *versus* BENJAMIN STEAD

PAPERS IN FILE (1817): (1) Precipe for process; (2) capias and return.
*Office Docket*, MS p. 51, c. 3.

## UNITED STATES *versus* FOUR PIECES OF GREY CLOTH, TWO PIECES OF SCARLET CLOTH AND ONE PIECE OF GREEN FLANNEL

PAPERS IN FILE (1817–18): (1) Libel; (2) precipe for rule to take testimony; (3) commission to take depositions, depositions of Adam D. Stewart and Elisha Warner; (4) published notice of hearing; (5) clerk's memo. re order of court and sale of goods.